JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARACELI ARELLANO-DIAZ,                    Case No. 5:26-cv-02801-SSC

                              Petitioner,

                    v.                     JUDGMENT

WARDEN ADELANTO ICE

PROCESS CTR, et al.,

                              Respondents.

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that the petition (ECF 1) is denied without prejudice.

DATED: June 5, 2026

_____

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE